UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAKE PONCHARTRAIN**     **CIVIL ACTION**
**PROPERTIES, LLC, d/b/a**
**PONCHARTRAIN LANDING**

**VERSUS**     **NO: 19-12672**

**CARDINAL HOMES, INC.**     **SECTION: "S" (3)**

## ORDER AND REASONS

Before the court is plaintiff, Lake Ponchartrain Properties, LLC's, **Motion to Remand** (Rec. Doc. 5). Defendant, Cardinal Homes, Inc., has responded to the motion, acknowledging that diversity jurisdiction is lacking in this matter, and that remand is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that Lake Ponchartrain Properties, LLC's **Motion to Remand** (Rec. Doc. 5), is **GRANTED** as unopposed, and this matter is hereby **REMANDED** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this   29th  day of October, 2019.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**